**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

—————

**No. 21-1410**

—————

SARAH BLACKBURN,

      Plaintiff – Appellant,

   v.

ERIE INSURANCE PROPERTY & CASUALTY COMPANY, d/b/a Erie Insurance Group,

      Defendant – Appellee.

—————

**No. 21-1580**

—————

GREG M. MOORE,

      Plaintiff – Appellant,

   v.

ERIE INSURANCE PROPERTY & CASUALTY COMPANY, d/b/a Erie Insurance Group,

      Defendant – Appellee.

BRIAN MOORE, Individually and as Personal Representative of the Estate of Alexandria Moore,

        Plaintiff – Appellant,

    v.

ERIE INSURANCE PROPERTY & CASUALTY COMPANY, d/b/a Erie Insurance Group,

        Defendant – Appellee.

Appeals from the United States District Court for the Southern District of West Virginia, at Charleston. Thomas E. Johnston, Chief District Judge. (2:18-cv-00980; 2:18-cv-001136; 2:18-cv-01090)

Submitted: February 25, 2022                Decided: March 22, 2022

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished opinion. Judge Motz wrote the opinion, in which Judge Wynn and Judge Thacker joined.

**ON BRIEF:** Brent K. Kesner, Ernest G. Hentschel, II, KESNER & KESNER, PLLC, Charleston, West Virginia, for Appellants. Matthew J. Perry, J. Jarrod Jordan, Jill E. Lansden, LAMP BARTRAM LEVY TRAUTWEIN PERRY & POWELL, PLLC, Huntington, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

DIANA GRIBBON MOTZ, Circuit Judge:

The plaintiffs in these consolidated cases appeal the district court's denial of their motions to amend their complaints and the dismissal of their actions. We have thoroughly reviewed the record and the district court's reasoning, and we detect no error. *See* J.A. 657-672. Therefore, we affirm on the basis of the reasons given in the district court's opinion. *See also Lydick v. Erie Ins. Prop. & Cas. Co.*, 778 F. App'x 271 (4th Cir. 2019).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*